# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID A. PERRIE,

    Plaintiff,

v.

WELLS FARGO BANK N.A., *et al.*,

    Defendants.

Case No. 2:12-CV-00023-KJD-CWH

**ORDER**

    Before the Court are Plaintiff David A. Perrie's Motion to Withdraw Complaint (#29) and Amended Motion to Withdraw Complaint (# 28). Defendant Wells Fargo has filed a response (#30).

    Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to dismiss his complaint by filing a notice of dismissal prior to the filing of an answer or motion for summary judgment. Plaintiff, who is representing himself *pro se*, asks the Court to "remove and dismiss" his complaint. Defendants have not filed an answer or motion for summary judgment. Accordingly, the complaint is dismissed.

    Plaintiff also requests that the Court alter his credit report to remove any negative remarks. Plaintiff provides no evidence that he is entitled to have his credit report altered or any legal authority for the Court to order such an alteration of his credit report. Accordingly, Plaintiff's request for alteration of his credit report is denied.

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Withdraw Complaint (#29) and Amended Motion to Withdraw Complaint (#28) are **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED THAT** this action is **DISMISSED**.

DATED this 3rd day of April 2012.

_____
Kent J. Dawson
United States District Judge